# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERVIN MIDDLETON, JR.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 76247

FILED

AUG 0 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This petition was docketed in this court on July 3, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Ervin Middleton, Jr.
        Attorney General/Carson City
        Eighth District Court Clerk

---

[1]In light of petitioner's failure to pay the filing fee, we take no action on his letter Re: Federal Questions filed in this court on July 13, 2018.

18-30535